```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 22111
   BRENDA HAYES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-2275

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
   The case was filed on 08/22/2008 and was not confirmed.

   The case was dismissed without confirmation 09/17/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
----------------------------------------------------------------------
ROUNDUP FUNDING LLC     UNSECURED        536.68           .00           .00
B-REAL LLC              UNSECURED        389.98           .00           .00
ROUNDUP FUNDING LLC     UNSECURED        550.00           .00           .00
ABSOLUTE MOTORS         SECURED NOT I NOT FILED           .00           .00
NIPSCO                  UNSECURED       1526.75           .00           .00
PRO SE DEBTOR           DEBTOR ATTY        .00                          .00
TOM VAUGHN              TRUSTEE                                         .00
DEBTOR REFUND           REFUND                                          .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                     --------------     --------------
TOTALS                     .00                .00

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
      Dated: 03/11/09            _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```